IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS UNITED, <br> 1006 Pennsylvania Avenue, S.E. <br> Washington, DC 20003 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF STATE, <br> 2201 C Street, N.W. <br> Washington, DC 20520 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 16-cv-108 |

**COMPLAINT**

Plaintiff Citizens United brings this action against Defendant the United States Department of State ("State Department") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges the following:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

**PARTIES**

3. Plaintiff Citizens United is a Virginia non-stock corporation with its principal place of business in Washington, D.C. Citizens United is organized and operated as a non-profit membership organization that is exempt from federal income tax under § 501(c)(4) of the U.S. Internal Revenue Code. Citizens United seeks to promote social welfare through informing and

1

educating the public on conservative ideas and positions in issues, including national defense, the free enterprise system, belief in God, and the family as the basic unit of society.  In furtherance of those ends, Citizens United produces and distributes information and documentary films on matters of public importance.  Citizens United regularly requests access to the public records of federal government agencies, entities, and offices, to disseminate its findings to the public through its documentary films and publications.

4. Defendant, the United States Department of State, is an agency of the United States Government and is headquartered at 2201 C Street N.W., Washington, D.C. 20520.  Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. Citizens United routinely submits FOIA requests, and this matter concerns four FOIA request letters submitted to Defendant between October 27, 2015 and November 16, 2015 to which Defendant has failed to respond .

6. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to Citizens United's FOIA requests within twenty working days of each request.

7. With regard to each of Citizens United's FOIA requests, the statutory deadline has passed, and Defendant has failed to provide a substantive response to any of the four FOIA requests.  In fact, as of the date of this Complaint, Defendant has failed to produce a single responsive record or assert any claims that responsive records are exempt from production.

8. When left to their own devices, State Department bureaucrats in the past have taken over three years to respond to some of Citizens United's FOIA requests.  Such extensive delays are in clear violation of both the letter and the spirit of FOIA.

9. Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), Citizens United is deemed to have fully exhausted any and all administrative remedies with respect to its FOIA requests. *See* 5 U.S.C. § 552(a)(6)(C).

**A.  CITIZENS UNITED'S OCTOBER 27, 2015 FOIA REQUEST FOR EMAIL EXCHANGES OF VARIOUS CURRENT OR FORMER STATE DEPARTMENT OFFICIALS THAT REFER TO "CLINTONGROUP" OR WERE SENT TO THE DISTRIBUTION LIST "COORDINATION" (F-2015-15870)**

10. On October 27, 2015, Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit A. The request sought:

> [A]ll emails containing the terms "ClintonGroup" or sent to the distribution list "Coordination" that were sent or received by the following individuals: (1) Former State Department Chief of Staff Cheryl Mills; (2) Former State Department Deputy Chief of Staff Huma Abedin; (3) Former State Department Deputy Chief of Staff Jake (or Jacob) Sullivan; (4) Former State Department Special Representative for Global Partnerships Kris Balderston; and (5) State Department Deputy Assistant Secretary Michael Fuchs.

11. Citizens United, as a member of the media, requested expedited processing of this FOIA request.

12. In a return email on the same day as the FOIA request, the State Department acknowledged its receipt. *See* Exhibit B.

13. In a letter dated November 3, 2015, Defendant again acknowledged receipt of Citizens United's FOIA request, assigned it Case Control Number F-2015-15870, and informed Citizens United that the request "does warrant expedited processing." *See* Exhibit C.

14. Despite determining that the request warranted expedited processing, as of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

3

**B.    CITIZENS UNITED'S OCTOBER 30, 2015 FOIA REQUEST FOR EMAIL EXCHANGES BETWEEN DOUG BAND, THE FOUNDER OF TENEO HOLDINGS LLC AND FORMER AIDE TO BILL CLINTON, AND VARIOUS CURRENT OR FORMER STATE DEPARTMENT OFFICIALS (F-2015-16005)**

15.    On October 30, 2015, Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit D. The request sought:

> [A]ll emails between Doug Band, the founder of Teneo Holdings LLC and former aide to President Bill Clinton, and the following individuals: (1) Former State Department Chief of Staff Cheryl Mills; (2) Former State Department Deputy Chief of Staff Huma Abedin; (3) Former State Department Deputy Chief of Staff Jake (or Jacob) Sullivan; Former State Department Special Representative for Global Partnerships Kris Balderston; and (5) State Department Deputy Assistant Secretary Michal Fuchs.

16.    Citizens United, as a member of the media, requested expedited processing of this FOIA request.

17.    In a return email on the same day as the FOIA request, the State Department acknowledged its receipt. *See* Exhibit E.

18.    In a letter dated November 9, 2015, Defendant again acknowledged receipt of Citizens United's FOIA request, assigned it Case Control Number F-2015-16005, and informed Citizens United that the request "does warrant expedited processing." *See* Exhibit F.

19.    Despite determining that the requested warranted expedited processing, as of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

**C.    CITIZENS UNITED'S NOVEMBER 2, 2015 FOIA REQUEST FOR EMAIL EXCHANGES BETWEEN DECLAN KELLY, A FOUNDER OF TENEO HOLDINGS LLC, AND VARIOUS CURRENT OR FORMER STATE DEPARTMENT OFFICIALS (F-2015-16008)**

20.    On November 2, 2015, Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit G. The request sought:

> [A]ll emails between Declan Kelly, a founder of Teneo Holdings LLC and former U.S. Economic Envoy to Northern Ireland, and the following individuals: (1) Former State Department Chief of Staff Cheryl Mills; (2) Former State Department Deputy Chief of Staff Huma Abedin; (3) Former State Department Deputy Chief of Staff Jake (or Jacob) Sullivan; (4) Former State Department Special Representative for Global Partnerships Kris Balderston; and (5) State Department Deputy Assistant Secretary Michael Fuchs.

21. Citizens United, as a member of the media, requested expedited processing of this FOIA request.

22. In a return email on the same day as the FOIA request, the State Department acknowledged its receipt. *See* Exhibit H.

23. In a letter dated November 9, 2015, Defendant again acknowledged receipt of Citizens United's FOIA request, assigned it Case Control Number F-2015-16008, and informed Citizens United that the request "does warrant expedited processing." *See* Exhibit I.

24. Despite determining that the requested warranted expedited processing, as of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

D. **CITIZENS UNITED'S NOVEMBER 16, 2015 FOIA REQUEST FOR LISTS OF ATTENDEES, FLIGHT MANIFESTS, SCHEDULES, AND AGENDAS FOR VARIOUS DELEGATIONS AND ROUNDTABLES LED OR ORGANIZED BY FORMER U.S. STATE DEPARTMENT SPECIAL REPRESENTATIVE FOR GLOBAL PARTNERSHIPS KRIS BALDERSTON (F-2015-16405)**

25. On November 16, 2015, Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit J. The request sought:

> [A]ll lists of attendees (both draft and final lists), flight manifests, schedules, and agendas (both draft and final) for the following delegations and roundtables led or organized by former U.S. State Department Special Representative for Global Partnerships Kris Balderston: (1) June 20-22, 2012, U.N. Conference on Sustainable Development in Rio De Janeiro, Brazil; (2) July 30, 2012, Clean Cookstoves Delegation to Guatemala City, Guatemala; (3) August 15-17, 2012, Innovation Delegation to Brazil; (4) October 4-8, 2012, Innovation Delegation to Ramallah; (5) November 14-16, 2012, Innovation Delegation to Ireland and

Northern Ireland; (6) December 11-12, 2012, Global Entrepreneurship Summit in Dubai, United Arab Emirates.

26. Citizens United, as a member of the media, requested expedited processing of this FOIA request.

27. In a return email on the same day as the FOIA request, the State Department acknowledged its receipt. *See* Exhibit K.

28. In a letter dated November 23, 2015, Defendant again acknowledged receipt of Citizens United's FOIA request, and assigned it Case Control Number F-2015-16405. In contrast to its handling of the three other FOIA requests that are included in this action, the State Department denied Citizens United expedited processing in connection with this request. *See* Exhibit L.

29. As of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

30. Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

31. Defendant has failed to make a determination regarding Citizens United's October 27, 2015 FOIA request (F-2015-15870) for records of email exchanges between various current or former State Department officials that refer to "ClintonGroup" or were sent to the distribution list "Coordination" within the statutory time limit, and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

32. Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## COUNT 2
**(Violation of FOIA, 5 U.S.C. § 552)**

33.     Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

34.     Defendant has failed to make a determination regarding Citizens United's October 30, 2015 FOIA request (F-2015-16005) for records of email exchanges between Doug Band and various current or former State Department officials within the statutory time limit, and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

35.     Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## COUNT 3
**(Violation of FOIA, 5 U.S.C. § 552)**

36.     Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

37.     Defendant has failed to make a determination regarding Citizens United's November 2, 2015 FOIA request (F-2015-16008) for records of email exchanges between Declan Kelly and various current or former State Department officials within the statutory time limit, and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

38.     Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## COUNT 4
**(Violation of FOIA, 5 U.S.C. § 552)**

39.     Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

40. Defendant has failed to make a determination regarding Citizens United's November 16, 2015 FOIA request (F-2015-16405) for records of various list, manifests, schedules, and agendas within the statutory time limit, and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

41. Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Citizens United requests that the Court grant all appropriate relief for the violations of FOIA alleged above, including:

a. An order and judgment requiring the Defendant to conduct a search for any and all records responsive to Citizens United's FOIA requests and to demonstrate that it employed search methods reasonably likely to lead to the discovery of all records responsive to Citizens United's requests;

b. An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to Citizens United's FOIA requests and a *Vaughn* index of any responsive records withheld under claim of exemption;

c. An order and judgment permanently enjoining Defendants from continuing to withhold any and all non-exempt records in this case that are responsive to Citizens United's FOIA requests;

d. Attorneys' fees and costs pursuant to any applicable statute or authority, including 5 U.S.C. § 552(a)(4)(E); and

e. Any other relief that this Court in its discretion deems just and proper.

                                                <u>/s/ Jeremiah L. Morgan</u>
                                                Jeremiah L. Morgan
                                                (D.C. Bar No. 1012943)
                                                Robert J. Olson
                                                (D.C. Bar No. 1029318)
                                                William J. Olson
                                                (D.C. Bar No. 233833)
                                                John S. Miles
                                                (D.C. Bar No. 166751)
                                                William J. Olson, P.C.
                                                370 Maple Avenue West, Suite 4
                                                Vienna, VA 22180-5615
                                                703-356-5070 (telephone)
                                                703-356-5085 (fax)
                                                wjo@mindspring.com (e-mail)

                                                *Counsel for Plaintiff*
Dated: January 21, 2016                     CITIZENS UNITED